IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARRY A. LAUER, DORINDA LAUER,<br><br>                    Plaintiffs,<br><br>v.<br><br>WELLS FARGO MORTGAGE, DEMETRIA STETSON,<br>                    Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:16-CV-32-DN-DBP<br><br>District Judge David Nuffer |

The Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on June 9, 2016,[1] recommends that Plaintiffs' amended complaint[2] be dismissed without prejudice under 28 U.S.C. § 1915(e)(2), and that Plaintiffs be permitted to file a second amended complaint no later than fourteen (14) days after service of an order adopting the Report and Recommendation.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation is ADOPTED

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and Plaintiffs' amended complaint[4] is DISMISSED without prejudice.

---

[1] Docket no. 14.

[2] Amended Unfair and Deceptive Acts and Practices FTC Act 15 USC 45, docket no. 7, filed Mar. 30, 2016.

[3] Docket no. 14, entered June 9, 2016.

[4] Amended Unfair and Deceptive Acts and Practices FTC Act 15 USC 45, docket no. 7, filed Mar. 30, 2016.

IT IS FURTHER HEREBY ORDERED that Plaintiffs may file a second amended complaint within fourteen (14) days after service of this Order. If Plaintiffs fail to file a second amended complaint within fourteen (14) days after service of this Order, the Clerk shall close the case.

Signed July 12, 2016.

BY THE COURT

_____
District Judge David Nuffer